691 GILLESPIE ET AL. vs. CIRCUIT JUDGE (Wayne), No. 11729.

To vacate an order reducing a verdict, where relators in an action for interference, by their landlord, with their possession of certain premises, had a verdict for $1,000, and upon a motion for a new trial, the court denied the motion, but reduced the

verdict to $500, and, pending the present application, set aside the order complained of and granted a new trial.

Denied January 22, 1891, without costs.